UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES CURKIN, On Behalf of Himself and All Others Similarly Situated, | Civil Action No. 05-CV-2827-RMB |
| Plaintiff, | CLASS ACTION |
| vs. | |
| HOWARD SOLOMON, et al., | |
| Defendants. | Civil Action No. 05-CV-2939-KMK |
| VINCENT VINCI, Individually and On Behalf of All Others Similarly Situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| FOREST LABORATORIES, INC., et al., | |
| Defendants. | Civil Action No. 05-CV-2930-RMB |
| JAMES SHANNON JACKSON, On Behalf of Himself and All Others Similarly Situated, | CLASS ACTION |
| Plaintiff, | |
| vs. | |
| HOWARD SOLOMON, et al., | |
| Defendants. | |

**MEMO ENDORSED** *As amended*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/15/05

[Caption continued on following page.]

STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF LEAD PLAINTIFFS' SELECTION OF LEAD COUNSEL, AND BRIEFING SCHEDULE          RMB

---------------------------------------------------------- x
PATRICK JUIN K. LIM, On Behalf of            :   Civil Action No. 05-CV-3209-RMB
Himself and All Others Similarly Situated,   :
                                             :   <u>CLASS ACTION</u>
                    Plaintiff,               :
                                             :
    vs.                                      :
                                             :
HOWARD SOLOMON, et al.,                      :
                                             :
                    Defendants.              :
---------------------------------------------------------- :
AMS FUND, INC., On Behalf of Himself and     :   Civil Action No. 05-CV-4403-UA
All Others Similarly Situated,               :
                                             :   <u>CLASS ACTION</u>
                    Plaintiff,               :
                                             :
    vs.                                      :
                                             :
HOWARD SOLOMON, et al.,                      :
                                             :
                    Defendants.              :
---------------------------------------------------------- x

WHEREAS, the above-entitled actions raise common issues of law and fact;

WHEREAS, on June 29, 2005, this Court assented to the appointment of Teamsters Affiliates Pension Plan, UNITE H.E.R.E. Staff Retirement Fund, and PACE Industry Union-Management Pension Fund as Lead Plaintiffs;

WHEREAS, on June 29, 2005, this Court approved Lead Plaintiffs' selection of Lead Counsel, the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP;

WHEREAS, on August 12, 2005, plaintiffs filed an Amended Complaint per this Court's instruction on June 29, 2005;

THEREFORE, the parties, through their respective counsel, stipulate as follows:

1. The above-entitled actions shall be consolidated as *In re Forest Laboratories, Inc. Securities Litigation*, Civil Action No. 05-CV-2827-RMB;

2. The Teamsters Affiliates Pension Plan, UNITE H.E.R.E. Staff Retirement Fund, and PACE Industry Union-Management Pension Fund shall act as Lead Plaintiffs;

3. Lead Plaintiffs' selection of Lead Counsel, the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, shall act as Lead Counsel for plaintiffs;

4. Lead Plaintiffs' Amended Complaint for Violation of Federal Securities Laws, filed on August 12, 2005 in the *Curkin* action above, shall be deemed the operative complaint in the consolidated action; and

5. Defendants' Motion to Dismiss shall be briefed according to the following schedule:

November 7, 2005 – Opening brief due;
December 9, 2005 – Opposition brief due;
~~January 23, 2006~~ December 28, '05 – Reply brief due.

} Subject to + page limits

RMB

- 1 -

IT IS SO STIPULATED

DATED: September 14, 2005

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)

_____
SAMUEL H. RUDMAN

200 Broadhollow Road, Suite 406
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MATTHEW P. MONTGOMERY
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

DATED: September 14, 2005

DEBEVOISE & PLIMPTON LLP
GARY W. KUBEK

_____
GARY W. KUBEK

919 Third Avenue
New York, NY 10022
212/909-6000
212/909-6836

Counsel for Defendants

- 2 -

* * *

**ORDER**

IT IS SO ORDERED.

DATED: 9/15/05

*RMB*

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE