UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

In re FOREST LABORATORIES, INC.          :    Civil Action No. 05-CV-2827-RMB
SECURITIES LITIGATION                    :
                                         :    **ELECTRONICALLY FILED**
_____  :
                                         :    CLASS ACTION
This Document Relates To:                :
                                         :
     ALL ACTIONS.                        :
                                         :
_____ x

[PROPOSED] FINAL JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9|10|09__

This matter came before the Court for hearing pursuant to an Order of this Court, dated December 23, 2008, on the application of the Settling Parties for approval of the Settlement set forth in the Amended Stipulation of Settlement dated December 12, 2008 (the "Stipulation"), the defined terms of which are incorporated herein by reference. Due and adequate notice having been given of the Settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, and having this day separately entered its Order Approving Class Action Settlement, IT IS HEREBY ADJUDGED AND DECREED that:

1.      Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Class, the Complaint, the Litigation, and all claims contained therein, including all of the Released Claims, are hereby dismissed without costs and with prejudice in full and final discharge of any and all claims belonging to Lead Plaintiffs and the other Class Members that were or could have been asserted as against each and all of the Released Parties. The parties are to bear their own costs, except as otherwise provided in the Stipulation.

2.      Without affecting the finality of this Final Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation and/or the Settlement.

- 2 -

FINAL JUDGMENT is hereby entered in accordance with Federal Rule of Civil Procedure

58.

DATED: __9/10/09__

_____

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

S:\Settlement\Forest Labs.set\JUDG 00056052.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2009, I submitted the foregoing to orders and judgments@nysd.uscourts.gov and e-mailed to the e-mail addresses denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 16, 2009.

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: srudman@csgrr.com

Manual Notice List

Scott N. Auby
Debevoise & Plimpton LLP
555 13th Street, N.W., Suite 1100 East
Washington, DC  20004

Roger M. Adelman
1100 Connecticut Avenue, NW
Suite 730
Washington, DC  20036

William S. Lerach
Keker & Van Nest
710 Sansome Street
San Francisco, CA  94111-1704

**EXHIBIT 1**

# Opt Out Report

**FTLB1**

| Date | Name | Number |
|---|---|---|
| 06/26/08 | JOAN RAWSON | 00001 |
| 06/27/08 | MARILYN E JACKSON | 00002 |
| 06/30/08 | TERRI T YOSHIMURA | 00003 |
| 06/30/08 | MARION C J WEBB | 00004 |
| 07/01/08 | CHARLENE A SORENSON | 00005 |
| 07/01/08 | DOUGLAS SCHWARK | 00006 |
| 07/02/08 | ARMANDO C CANO | 00007 |
| 07/03/08 | O DALE FOLTZ | 00008 |
| 07/03/08 | PATSY M STREET | 00009 |
| 07/03/08 | CARROLL KEY LUNSFORD | 00010 |
| 07/03/08 | THOMAS KEITH CHENEY | 00011 |
| 07/03/08 | JOAN C SKEDD | 00012 |
| 07/03/08 | MARY LOU SHUMWAY | 00013 |
| 07/03/08 | JAMES H GRAHAM | 00014 |
| 07/07/08 | HARRIET J CINELLI | 00015 |
| 07/07/08 | DORTHA M COX | 00016 |
| 07/07/08 | ELIZABETH MARQUES<br>AUDREY S SCHWEITZER ACF | 00017 |
| 07/07/08 | MICHAEL N POLI<br>POLI & BALL PLC | 00018 |
| 07/07/08 | DANA L EUBANKS | 00019 |
| 07/07/08 | CHARLOTTE V O ADAIR | 00020 |
| 07/07/08 | BERNARD ZAKEM O.D. | 00021 |
| 07/07/08 | JACK A ZOLLNER<br>DONNA ZOLLNER | 00022 |
| 07/08/08 | EATON NATIONAL BANK<br>MYRA FRAME TRUST OFFICE<br>R | 00023 |

# Opt Out Report

FTLB1

| | | | |
|---|---|---|---|
| 00049 | 07/10/08 | SHARON S GERBER | 00024 |
| 00050 | 07/10/08 | LEDYARD NATIONAL BANK DONNA L BATCHELDER | 00025 |
| 00051 | 07/11/08 | JANET D EBY | 00026 |
| 00052 | 07/11/08 | MAXINE B DAVIDSON | 00027 |
| 00053 | 07/11/08 | ROSLYN P BACTOD | 00028 |
| 00054 | 07/11/08 | CHARLES D LEABMAN | 00029 |
| 00055 | 07/14/08 | ROBERT ALLEN WHITMAN | 00030 |
| 00056 | 07/14/08 | HAROLD MCEUEN MARY MCEUEN | 00031 |
| 00057 | 07/14/08 | ANGELINE MAIATICO | 00032 |
| | 07/14/08 | JOSEPH M UNITES | 00033 |
| 00058 | 07/14/08 | KENNETH G & SUSAN A STEC HMANN | 00034 |
| 00059 | 07/15/08 | SUSAN ELISE CABRE | 00035 |
| 00060 | 07/15/08 | DOROTHY L GOODWIN | 00036 |
| 00061 | 07/16/08 | ERNEST R RAMELB FLORENCE RAMELB | 00037 |
| 00062 | 07/17/08 | ROBERT F VANDAK | 00038 |
| 00063 | 07/18/08 | THELMA E SILZLE BILL SIZLE | 00039 |
| 00064 | 07/18/08 | ELDON L FIELD | 00040 |
| 00065 | 07/18/08 | LINDA S LAMB | 00041 |
| 00066 | 07/18/08 | WILLIAM G KRAFT | 00042 |
| | 07/18/08 | RONALD A KONECKI | 00043 |
| 00067 | 07/18/08 | ERNEST W SMITH JR FAY SMITH | 00044 |
| 00068 | 07/21/08 | RUTH G HASELTINE | 00045 |
| 00069 00070 | 07/21/08 | WILLIAM NASH JR NAOMI NASH | 00046 |
| 00071 | 07/21/08 | JAMES R BELL MD | 00047 |
| | 07/21/08 | JUDY E HARRIS | 00048 |

# Opt Out Report

**FTLB1**

| | | |
|---|---|---|
| 07/31/08 | CHARLES M  LENTS | 00072 |
| 08/01/08 | JOANN FILLA-TAYLOR | 00073 |
| 08/01/08 | ELEANOR M RYSZEWSKI | 00074 |
| 08/04/08 | LYNNE MATALLANA<br>RICHARD A MATALLANA | 00075 |
| 08/04/08 | KATHERINE SHIPLEY | 00076 |
| 08/04/08 | KIMBERLY A KNOUSE<br>DENNIS KNOUSE | 00077 |
| 08/04/08 | PHILLIP C WARD | 00078 |
| 08/04/08 | PAUL TAYLOR | 00079 |
| 08/04/08 | SARA ANN ROMNEY | 00080 |
| 08/06/08 | CHRISTINA BRAJA<br>JAMES ANDREW BRAJA | 00081 |
| 08/06/08 | ANNA MAE V HAYS | 00082 |
| 08/06/08 | JACQUELINE S DUPUS | 00083 |
| 08/06/08 | JOSEPH M UNITES | 00084 |
| 08/06/08 | LEIGH M UNITES | 00085 |
| 08/08/08 | WILLIAM & MARY PECK | 00086 |
| 08/08/08 | CHRISTOPHER BAIN | 00087 |
| 08/08/08 | DARBY PETERSON | 00088 |
| 08/08/08 | LUZ DEL CARMEN CORDEIRO | 00089 |
| 08/08/08 | WANDA MORASKI | 00090 |
| 08/11/08 | JUDITH M AVERY | 00091 |
| 08/11/08 | MARY DYBICZ | 00092 |
| 08/11/08 | JEFFREY SCOTT WILLIS | 00093 |
| 08/11/08 | CATHERINE STELTE SMITH | 00094 |
| 08/14/08 | VIRGINIA ANN COOGAN | 00095 |