USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re FOREST LABORATORIES, INC.      :     05 Civ. 2827 (RMB)
SECURITIES LITIGATION                :
:     **ORDER**
:
------------------------------------------------------------X

Based upon Lead Counsel's letter, dated November 20, 2009, informing the Court that checks totaling $45,250,000 were mailed by Gilardi & Co. LLC on November 11, 2009 to 30,975 Class Members which represented 85% of the Net Settlement Fund, requesting payment to Gilardi & Co. LLC of its costs and expenses incurred between April 30, 2009 and November 12, 2009, and providing the Court with invoices of such costs and expenses, it is hereby

**ORDERED** that the sum of $713,806.00 shall be held in the CRIS Account pending final accounting of any funds due Gilardi & Co. LLC, 3301 Kerner Blvd., San Rafael, CA 94901 for claims administration; and it is further

**ORDERED** that the sum of $9,100,000.00 for attorneys' fees plus net interest earned on such amount from May 15, 2009 to the date of this Order shall be withdrawn from the CRIS Account and paid by U.S. Treasury Check made payable to Coughlin Stoia Geller Rudman & Robbins LLP, and sent, via overnight delivery, to: Coughlin Stoia Geller Rudman & Robbins LLP, Attn: Danelle McNertney, 655 West Broadway, Suite 1900, San Diego, CA 92101; and it is further

**ORDERED** that Lead Counsel shall provide to the Court Registry necessary funds transfer information.

Dated: New York, New York
       January 8, 2010



RICHARD M. BERMAN, U.S.D.J.