USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **3/26/10**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――― x
In re FOREST LABORATORIES, INC.   : Civil Action No. 05-CV-2827-RMB
SECURITIES LITIGATION             :
                                  : **ELECTRONICALLY FILED**
―――――――――――――――――――――             :
                                  : CLASS ACTION
This Document Relates To:         :
                                  :
    ALL ACTIONS.                  :
                                  :
―――――――――――――――――――― x

[PROPOSED] ORDER FOR DISBURSEMENT OF FUNDS TO PAY DAMASCO &
ASSOCIATES LLP FROM COURT REGISTRY INVESTMENT SYSTEM

512676_1

WHEREAS, as provided in the Stipulation of Settlement dated December 12, 2008, the Settlement Fund is authorized to pay costs for tax preparation in the above-captioned action;

WHEREAS, Lead Counsel has received the attached invoice from Damasco & Associates LLP in the amount of $3,244.73 for preparation and filing of tax returns relating to the Settlement Fund on deposit with the Court Registry Investment System;

IT IS HEREBY ORDERED THAT:

1. From the Settlement Fund on deposit with the Court Registry Investment System, the Clerk of the Court shall issue a check payable to Damasco & Associates LLP in the amount of $3,244.73. The check shall be mailed to Danelle McNertney, Settlement Coordinator, Coughlin Stoia Geller Rudman & Robbins LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101.

DATED: 3/26/10

THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

- 1 -

512676_1